UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY
(Camden Vincinage)

| | |
|---|---|
| AMIR HALL,<br><br>    Plaintiff,<br><br>-vs-<br><br>COCOA SERVICES, LLC, and<br>PROTOCALL- NJ, INC. d/b/a THE<br>PROTOCALL GROUP,<br><br>    Defendants | CIVIL ACTION NO.: 1:16-cv-03177<br>(NLH-KMW)<br><br><br>ELECTRONICALLY FILED |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice and with the parties bearing their own legal fees and costs, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| _[signature]_ | _[signature]_ |
| Zack Holzberg, Esq. | Patrick T. Collins, Esq. (PC2022) |
| Derek Smith Law Group, PLLC | Norris, McLaughlin & Marcus, P.A. |
| 30 Broad Street, 35th Floor | 400 Crossing Boulevard, 8th Floor |
| New York, NY 10004 | Bridgewater, NJ  08807-5933 |
| Telephone: (212) 587-0760 | Telephone: (908) 722-0700 |
| Facsimile:  (212) 587-4169 | Facsimile:  (908) 722-0755 |
| araesq@alanackermanlaw.com | ptcollins@nmmlaw.com |
| *Attorney for Plaintiff, Amir Hall* | *Attorney for Defendant, Cocoa Services, LLC.* |

Date: _____

Date:_____

*[signature]*
_____
Lawrence Berg, Esq. (LB 2186)
Marshall Dennehey, Warner, Coleman & Goggin
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
Telephone : (856) 414-6000
Facsimile: (856) 414-6077
lbberg@mdweg.com
*Attorney for Defendant, Protocall – N.J., Inc. d/b/a Protocall Group*

Date:_____